UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:24-CV-00032-HBB

**REBECCA L.**                                                                                 **PLAINTIFF**

**VS.**

**MARTIN O'MALLEY**
**Commissioner of Social Security**                                **DEFENDANT**

## JUDGMENT

In accordance with the order of the Court, it is **HEREBY ORDERED AND ADJUDGED** as follows:

(1) Judgment is entered in favor of Rebecca L.

(2) This is a **FINAL** judgment, and the matter is **STRICKEN** from the active docket of the court.

June 21, 2024

*[signature]*
H. Brent Brennenstuhl
United States Magistrate Judge

Copies:         Counsel